

# In the United States District Court
# For the Northern District of Alabama

FORM FOR USE IN APPLICATION FOR
HABEAS CORPUS UNDER 28 U.S.C. † 2254

CIVIL ACTION NUMBER:

__2:05CV463-T__

(To be supplied by the Clerk of the District Court)

__Sammy Riley__
Full Name of Plaintiff-Petitioner

__Bibb Correctional Facility__
Place of Confinement

VS.

__Cheryl Price   State of Alabama__
(Name of Warden, Superintendent, Jailor, or authorized person having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF ALABMA,

**Respondents**

(if petitioner is attacking a judgement which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. †2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Do not use this form unless you were convicted in one of the following counties:
BIBB, BLOUNT, CALHOUN, CHEROKEE, CLAY, CLEBURN, COLBERT, CULLMAN, DeKALB, ETOWAH, FAYETTE, FRANKLIN, GREENE, JACKSON, JEFFERSON, LAMAR, LAUDERDALE, LAWRENCE, LIMESTONE, MADISON, MARION, MARSHALL, MORGAN, PICKENS, SHELBY, ST. CLAIR, SUMTER, TALLADEGA, TUSCALOOSA, WALKER, WINSTON.

N954

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed *in forma pauperis*, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition if fully completed, *the original and two copies* must be mailed to the Clerk of the United States District Court for the Northern District of Alabama, 104 Federal Courthouse, 1800 Fifth Avenue, North, Birmingham, Alabama 35203.

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

PETITION

1. Name and location of court which entered the judgment of conviction under attack ___ Circuit Court Elmore County, Alabama

2. Date of judgment of conviction   12-22-92

3. Length of sentence   Life

4. Nature of offense involved (all counts)   Manslaughter

5. What was your plea? (Check one)
   (a) Not guilty ( )
   (b) Guilty (X)
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: ___

6. Kind of trial:   (Check one)
   (a) Jury ( )
   (b) Judge only (X)

7. Did you testify at the trial?  Yes ( )   No (X)

8. Did you appeal from the judgment of conviction?   Yes (X)   No ( )

9. If you did appeal, answer the following:
   (a) Name of court   Court of Criminal Appeals
   (b) Result   Denied
   (c) Date of result   September 22, 2000

-2-

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?   Yes ( )   No (X)

11. If your answer to 10 was "yes", give the following information:
    (a) (1) Name of court _____
        (2) Nature of proceeding _____
        (3) Grounds raised _____ N/A _____
        _____
        _____
        _____
        _____
        (4) Did you receive an evidentiary hearing on your petition, application or motion?   Yes ( )   No (X)
        (5) Result _____ N/A _____
        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:
        (1) Name of court _____
        (2) Nature of proceeding _____
        (3) Grounds raised _____ N/A _____
        _____
        _____
        _____
        _____
        (4) Did you receive an evidentiary hearing on your petition, application or motion?   Yes ( )   No ( )
        (5) Result _____ N/A _____
        (6) Date of result _____

    (c) As to any third petition, application or motion, give the same information:
        (1) Name of Court _____
        (2) Nature of proceeding _____
        (3) Grounds raised _____ N/A _____
        _____
        _____
        _____
        _____
        (4) Did you receive an evidentiary hearing on your petition, application or motion?   Yes ( )   No ( )
        (5) Result _____ N/A _____
        (6) Date of result _____

    (d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
        (1) First petition, etc.        Yes (✓)   No ( )
        (2) Second petition, etc.       Yes ( )   No ( )
        (3) Third petition, etc.        Yes ( )   No ( )

-3-

(e) If you did <u>not</u> appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____

N/A

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

   **Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.**

   **(a)** Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
   (b) Conviction obtained by use of coerced confession.
   (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
   (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
   (e) Conviction obtained by a violation of the privilege against self-incrimination.
   (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
   (g) Conviction obtained by a violation of the protection against double jeopardy.
   (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
   **(i)** Denial of effective assistance of counsel.
   (j) Denial of right of appeal.

A. Ground one: CONVICTION OBTAINED by PLEA OF GUILTY which was UNLAWFULLY INDUCED OR NOT VOLUNTARILY
Supporting FACTS (tell your story briefly without citing cases or law): ___

I WAS CHARGED WITH CAPITAL MURDER PURSUANT TO 13A-5-40 (A) (2) CODE OF ALABAMA 1975 AND THE CIRCUIT COURT OF ELMORE COUNTY PROMISE ME A PLEA DEAL OF MANSLAUGHTER TO PLEAD GUILTY TO SAID CHARGE WITHOUT UNDERSTANDING OF THE NATURE OF MY RIGHTS AND THE CONSEQUENCES OF THE PLEA. ADDITIONAL TIME TO SUBMIT SUCH BRIEF IN SUPPORT.

B. Ground two: DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL
Supporting FACTS (tell your story briefly without citing cases or law): ___

ATTORNEY OF RECORD JOHN THORTON DID FAIL TO GIVE UNTO ME EFFECTIVE ASSISTANCE OF COUNSEL AS GUARANTEED BY THE SIXTH AMENDMENT RIGHTS SECURED BY THE UNITED STATES CONSTITUTION AND THE CONSTITUTION OF ALABAMA. ATTORNEY THORTON NEVER ADVISED ME OF THE MINIMUM OR MAXIMUM SENTENCE ALLOWED BY LAW. ATTORNEY THORTON WAS NOT FUNCTIONING AS COUNSEL OF THIS MATTER CC-93-344.00
ADDITIONAL TIME TO SUBMIT BRIEF IN SUPPORT.

C. Ground three: ___
Supporting FACTS (tell your story briefly without citing cases or law): ___

ADDITIONAL TIME TO SUBMIT BRIEF IN SUPPORT

D. Ground four: ___
3706
Supporting FACTS (tell your story briefly without citing cases or law): ___

ADDITIONAL TIME REQUESTED TO SUBMIT BRIEF IN SUPPORT

-5-

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?    Yes ( )    No (X)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing ___ JOHN THORTON ___
    (b) At arraignment and plea ___ JOHN THORTON ___
    (c) At trial ___ JOHN THORTON ___
    (d) At sentencing ___ JOHN THORTON ___
    (e) On appeal ___ PRO-SE ___
    (f) In any post-conviction proceeding _____
    (g) On appeal from any adverse ruling in a post-conviction proceeding: ___ N/A ___

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ( )    No (X)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ( )    No (X)

    (a) If so, give name and location of court which imposed sentence to be served in the future: ___
    (b) And give date and length of sentence to be served in the future: ___
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ( )    No (X)

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __MAY 16TH 2005__.
(date)

X _Sammy Riley Jr._
Signature of Petitioner