IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| SAMMY RILEY, #164 075 | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-463-T |
| CHERYL PRICE, WARDEN, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

For good cause, it is

ORDERED that Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2), is GRANTED.

Done this 23rd day of May, 2005.


/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE