**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Warden Cheryl Price
Bibb County Correctional Fac
565 Bibb Lane
Brent, AL 35034

05CV463

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

x M. Thompson    ☒ Agent
                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
M Thompson    5-24-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7001 1140 0001 8580 1012

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540