**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. Troy King
   Attorney General for the
   State of Alabama
   11 South Union Street
   Montgomery, AL 36130

   05CV463

2. Article Number
   (Transfer from service label)

   7001 1140 0001 8580 1029

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Taylor                    ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   RECEIVED                     5/27/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   MAY 27 2005

   CRIMINAL APPEALS DIVISION

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes