# Court of Criminal Appeals
State of Alabama
Judicial Building, 300 Dexter Avenue
P. O. Box 301555
Montgomery, AL 36130-1555

FRANCIS ALLEN LONG, SR.
Presiding Judge
H. WARD McMILLAN
SUE BELL COBB
PAMELA W. BASCHAB
JAMES H. FRY
Judges



RELEASED SEP 22 2000 CLERK ALA. COURT CRIMINAL APPEALS

Clerk's Office
(334) 242-4590

## MEMORANDUM

CR-99-2069                                                          Elmore Circuit Court CC-92-394.60

Sammy Riley v. State

**BASCHAB, JUDGE**

The appellant was indicted for capital murder. In December 1992, he pled guilty to manslaughter, and the trial court sentenced him to serve life in prison. He did not appeal his conviction. On April 13, 2000, he filed a Rule 32 petition, challenging his conviction. After the State responded, the circuit court summarily dismissed the petition. This appeal followed.

The appellant argues that the trial court did not have jurisdiction to render a judgment or impose a sentence in his case. Specifically, he contends that, in this case, manslaughter was not a lesser included offense of capital murder. Under certain circumstances, manslaughter is a lesser included offense of capital murder. See Fox v. State, 659 So. 2d 210 (Ala. Crim. App. 1994). The appellant did not allege any facts to support his claim that manslaughter was not a lesser included offense of capital murder in this case. See Johnson v. State, 675 So. 2d 85 (Ala. Crim. App. 1995). Furthermore, the case action summary sheet indicates that the indictment was amended to charge the appellant with manslaughter. (R. 20.) Therefore, the appellant has not satisfied his burden of pleading and proving that he is entitled to post-conviction relief. See Rules 32.6(b) and 32.3, Ala. R. Crim. P. Accordingly, we affirm the circuit court's judgment.

**AFFIRMED.**

Long, P.J., and McMillan, Cobb, and Fry, JJ., concur.

 EXHIBIT