In the United States District Court
for the Middle District of Alabama
Northern-Division

RECEIVED

2005 JUL -7 A 9: 27

DEBRA [...]
U.S. DIS[...]
MIDDLE D[...]

Sammy Riley #164074
**Petitioner**

-V.S.-

Cheryl Price (Warden)
**Respondents**

Civil Action No.
2:05-CV-463-TWO

---

**Motion for extension of Additional Time**

---

Comes Now, the Petitioner <u>Sammy Riley</u>, By, and Himself, and does Respectfully Move this Honorable Court Pursuant to **28 U.S.C. &2254**, for such Additional Time to file saided Brief in Support of his Petition for the Writ of Habeas Corpus. And as Cause Thereof, Petitioner Riley Would Show this Honorable Court the following:

1. Petitioner Riley say(s) that this Cause is before this Court Pursuant to 28 U.S.C. & 2254 Petition for Habeas Corpus Relief Challenging his Conviction and Sentence.

2. Petitioner Riley say(s) that in Accordance with the Order of of this Court Dated **June 17th**, 2005 in which this your Petitioner was Ordered to <u>Show-Cause Why his Petition for Habeas Relief Should not be Dismissed</u>, and Petitioner Riley does Asserts that Due to <u>extraordinary Circumstances Surrounding Petitioner Riley</u> Case-in-Chief Additional Time is Requested and further Needed in which saided Circumstances are <u>Both Beyond Petitioner Riley Control and is Unavoidale even with such Diligences</u>.

3. Petitioner Riley does Respectfully say(s) that his Case-in-Chief has Potiential Merits and Involves the Denial of his Constitutional Rights and the Issues and Application of the Doctrine of equitable Tolling of the Limitation Period See: 28 U.S.C.A. 2244 (d).

Wherefore Premises Considered Petitioner Riley does Prays that this Honorable Court will Grant the Additional Time as SOughted Herein, and Grant unto Petitioner Riley any Other and Different Relief to which Petitioner Riley Might Otherwise be entitle.

## Certificate of Service
## Verification

This does Hereby Certify's that <u>Sammy Riley</u> has Served upon the Office of the Clerk <u>Debra P. Hackett</u> and upon all Parties Involved in this Action A Copy of the same by placing in the United States Postal-Mail this <u>5th</u>, Day of <u>July</u>, 2005.

### Addressed As follows:

Troy King---<u>Attorney General</u>
Daniel W. Madison---<u>Assistant-Attorney General</u>
Alabama State House
Criminal Appeals Division
11-South Union Street
Montgomery, Alabama 36130-0152

Larry Dozier---Clerk
elmore Circuit Courthouse
    P.O. Box <u>#310</u>
Wetumpka, Alabama 36092


Respectfully Subitted:

*Sammy Riley Sr.*
Sammy Riley
A.I.S. #164074
565-Bibb Lane
Brent, Alabama 35034-4040

CC:   <u>Personal files:</u>