IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| SAMMY RILEY, #164 074 | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-463-T |
| CHERYL PRICE, WARDEN, *et al.*, | * |
| | * |
| Respondents. | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Petitioner's Motion for Extension of Time (Doc. No. 9) is GRANTED;

2. Petitioner is GRANTED an extension from July 6, 2005 to July 21, 2005 to file his response to the court's June 17, 2005 order.

Done, this 13th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE