IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMMY RILEY, # 164074, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:05cv463-MHT |
| | ) |
| CHERYL PRICE, WARDEN, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

**ORDER**

On 14 March 2006, the Magistrate Judge filed a Recommendation (Doc. #11) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted;

2. That the petition for habeas corpus relief filed by Sammy Riley is DISMISSED with prejudice as time-barred.

Done this the 4th day of April, 2006.

       /s/   Myron H. Thompson
UNITED STATES DISTRICT JUDGE

Case 2:05-cv-00463-MHT-VPM    Document 12    Filed 04/04/2006    Page 2 of 2